UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ADRIANA JONES, et al., | Case No. 2:16-cv-02778-JAD-PAL |
| Plaintiffs, | ORDER |
| v. | (Mot for Svc Publication – ECF No. 47) |
| STATE OF NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | (Mot Confirm Svc – ECF No. 49) |
| Defendants. | |

Before the court is Plaintiffs' Motion for an Order Extending Time to Serve by Publication the Summons and Third Amended Complaint on Defendant Michael Ostrum (ECF No. 47) and Plaintiffs' Motion for an Order Confirming Proper Service of Defendant Maurice McDonald, or in the Alternative, Motion for an Order Extending Time to Serve by Publication the Summons and Third Amended Complaint on Defendant Maurice McDonald. The court has reviewed these motions and Supplements (ECF No. 48, 51).

A review of the docket reflects the Attorney General's Office has now made an appearance on behalf of both defendants Ostrum and McDonald. As such,

**IT IS ORDERED** that the Motions (ECF Nos. 47, 49) are **DENIED as MOOT**.

DATED this 23rd day of October, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1