ADAM PAUL LAXALT
Attorney General
SUSANNE M. SLIWA
Senior Deputy Attorney General
Nevada Bar No. 4753
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3375
Fax: (702) 486-3871
Email: ssliwa@ag.nv.gov
Attorneys for State Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIANA JONES, individually and as the Administrator of the Estate of JULIO CESAR MONTES; HECTOR O. MONTES, individually and as the heir of JULIO CESAR MONTES; ROSA M. RIVERA DE MONTES, individually and as the heir of JULIO CESAR MONTES, and HECTOR MONTES RIVERA., individually and as the heir of JULIO CESAR MONTES,<br><br>Plaintiff,<br><br>vs.<br><br>MAURICE MCDONALD, in his personal capacity; FREDDIE JONES, in his personal capacity; MICHAEL OSTRUM, in his personal capacity; JYESEBELLE OCAMPO, in her personal capacity; EMELYN CARR, in her personal capacity; ANTWON AYERS, in his personal capacity; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-02778-JAD-PAL<br><br>**STIPULATION REQUESTING CONTINUANCE OF SETTLEMENT CONFERENCE** |

COMES NOW, Defendants MAURICE MCDONALD, MICHAEL OSTRUM, JYESEBELLE OCAMPO and EMELYN CARR, (hereinafter "the State Defendants") by and through their counsel of record, ADAM PAUL LAXALT, Attorney General through SUSANNE M. SLIWA, Senior Deputy

Attorney General and PLAINTIFFS, ADRIANA JONES, individually and as the Administrator of the Estate of JULIO CESAR MONTES; HECTOR O. MONTES, individually and as the heir of JULIO CESAR MONTES; ROSA M. RIVERA DE MONTES, individually and as the heir of JULIO CESAR MONTES, and HECTOR MONTES RIVERA (collectively the "MONTES FAMILY"), individually and as the heir of JULIO CESAR MONTES by and through their counsel of record Paola M. Armeni, Esq. and Lauren E. Paglini, Esq. of the law firm of Gentile Cristalli Miller Armeni Savarese hereby agree and stipulate as follows:

1. The parties request that this the Settlement Conference that is currently scheduled for May 9, 2018 at 9:30am be continued to July 18, 2018 at 9:30 am in Chambers Room 3071.

   Confidential settlement statements shall be due no later than 4:00 p.m. July 11, 2018.

2. The parties will participate in the Settlement Conference process in good faith.

Dated this 29th day of March 2018.                     Dated this 29th day of March 2018.

GENTILE CRISTALLI                                      ADAM P. LAXALT
MILLER ARMENI SAVARESE                                 Attorney General


By: */s/ Paola M. Armeni*                              By:*/s/ Susanne Sliwa*
    PAOLA M. ARMENI, ESQ.                                SUSANNE SLIWA, ESQ.
    Nevada Bar No. 8357                                  Nevada Bar No. 4753
    LAUREN E. PAGLINI, ESQ.                              Senior Deputy Attorney General
    Nevada Bar No. 14254                                 State of Nevada,
    410 South Rampart Blvd., #420                        Office of the Attorney General
    Las Vegas. Nevada 89145                              555 E. Washington Ave, Ste. #3900
    *Attorneys for Plaintiffs, Montes*                   Las Vegas, NV 89101
    *Family*                                             *Attorneys for State Defendants*

## **ORDER**

IT IS SO ORDERED.

Dated this 30th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE